IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20847
(Summary Calendar)
_____


ROY ANTHONY HUNT,

                                        Plaintiff-Appellant,


                         versus


HARRIS COUNTY SHERIFF'S DEPARTMENT;
LULA FILES, a/k/a Lula Nichols,

                                        Defendants-Appellees,


GREEN, Nurse; MARGARET HARGROVE, Nurse;
MONA PERVIS; Nurse,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(USDC No. CA-H-93-3987)
- - - - - - - - - -
September 5, 1996
Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Roy Anthony Hunt, #619439, a Texas prison inmate, has appealed

the dismissal of his civil rights action.  The district court did

not abuse its discretion by dismissing as frivolous Hunt's claims

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

that the defendants (1) failed to protect him from another inmate, see Neals v. Norwood, 59 F.3d 530 (5th Cir. 1995); and (2) denied or provided him with inadequate medical treatment for his injuries. See Mendoza v. Lynaugh, 989 F.2d 191 (5th Cir. 1993).

The district court did not abuse its discretion by denying Hunt's motions (1) for the appointment of counsel, see Jackson v. Cain, 864 F.2d 1235, 1242 (5th Cir. 1987); or (2) for discovery. See Feist v. Jefferson County Comm'rs, 778 F.2d 250, 252-53 (5th Cir. 1985). Nor is Hunt entitled to relief because of any defect in the hearing held by the district judge pursuant to Spears v. McCotter, 766 F.2d 179, 182 (5th Cir. 1985).

IT IS ORDERED that Hunt's motion to this court for the appointment of counsel is DENIED. See Hulsey v. State of Texas, 929 F.2d 168, 172-73 (5th Cir. 1991).

IT IS FURTHER ORDERED that Hunt's motion to have the appellees file certain documents as exhibits is DENIED. See United States v. Flores, 887 F.2d 543, 546 (5th Cir. 1989).

IT IS FURTHER ORDERED that Hunt's motion relative to his not filing a supplemental brief is DENIED as moot.

MOTIONS DENIED; JUDGMENT AFFIRMED.